## WALTER PHILPOT v. STATE.

No. A-8953. Nov. 8, 1935.
(50 Pac. [2d] 1150.)

Frank W. Burkett, for plaintiff in error.

Mac Q. Williamson, Atty. Gen., and Smith C. Matson, Asst. Atty. Gen., for the State.

PER CURIAM. The plaintiff in error was convicted of the crime of robbery with firearms, and his punishment assessed at twenty-five years in the state penitentiary.

A copy of the record and case-made was filed in this court on the 8th day of July, 1935. No brief has been filed in support of the defendant's assignment of errors.

A careful examination of the record fails to disclose any fundamental or prejudicial errors. The evidence is sufficient to support the verdict.

The case is therefore affirmed.